UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 15 AM 10:09

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | **'08 MJ 2154** |
| ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Roberto LOPEZ-Mendoza,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 14, 2008** within the Southern District of California, defendant, **Roberto LOPEZ-Mendoza,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **JULY, 2008**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Roberto LOPEZ-Mendoza**

## PROBABLE CAUSE STATEMENT

On July 14, 2008, Border Patrol Agent C. Llamas was performing line watch duties in an area known as "Spooner's Mesa." At approximately 12:20 P.M., Agent Llamas found footprints for five individuals. This area is approximately 300 yards north of the International Boundary Fence between the United States and Mexico, and approximately 4 miles west of the San Ysidro, California Port of Entry.

Border Patrol Agent D. Garcia and Agent Llamas followed the footprints until they encountered five individuals. The Agents identified themselves as United States Border Patrol Agents and questioned the individuals, including one later identified as **Roberto LOPEZ-Mendoza**, as to their citizenship and nationality. All five admitted to being citizens and nationals of Mexico and in the United States illegally without any immigration immigration documents. All five were arrested and transported to the Imperial Beach Border Patrol station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 10, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**LOPEZ** was advised of his Miranda Rights and he was willing to make a statement without an attorney present. **LOPEZ** again admitted to being a citizen and national of Mexico who has been ordered removed from the United States by an immigration judge and has not asked for permission to enter into the United States after being removed. **LOPEZ** also stated that when he was arrested, he wanted to go to Los Angeles, California to look for work.