1  ROBERT R. HENSSLER, JR.
   California State Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                         (HONORABLE LOUISA M. PORTER)

11 UNITED STATES OF AMERICA,         )   CASE No. 08MJ2154
                                     )
12           Plaintiff,               )
                                     )
13 v.                                )   NOTICE OF APPEARANCE
                                     )
14 ROBERTO LOPEZ-MENDOZA,            )
                                     )
15           Defendant.              )
                                     )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Robert R. Henssler, Jr., Federal Defenders of San Diego, Inc., files this Notice of Appearance
19 as lead attorney in the above-captioned case.

20                                        Respectfully submitted,

22 Dated: July 18, 2008              /s/ ROBERT R. HENSSLER, JR.
                                     ROBERT R. HENSSLER, JR.
23                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Defendant
24                                   Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 18, 2008              /s/ *ROBERT R. HENSSLER, JR.*
                                  ROBERT R. HENSSLER, JR.
                                  Federal Defenders of San Diego, Inc.
                                  225 Broadway, Suite 900
                                  San Diego, CA  92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  Robert_Henssler@fd.org (email)